Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520)  544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| MARGARET CATHERINE PURCELL | ) | CASE NO.:  10-19303-TUC-JMM |
| | ) | |
| | ) | **TRUSTEE'S CONDITIONAL** |
| | ) | **OBJECTION TO EXEMPTIONS** |
| | ) | |
| Debtor | ) | |

Dianne C. Kerns, the Trustee in the above-captioned estate, hereby conditionally objects to all exemptions listed in Debtor's Schedule C Property Claimed as Exempt. This conditional objection is filed as a precautionary matter for the purpose of preserving the right to object to exemptions in the event that information regarding the same does not become available in a timely fashion. No response is required unless and until the Trustee files an unconditional objection to a specific exemption.

Dated:  July 02, 2010                                     /s/  Dianne C. Kerns  011557
                                                                    Dianne C. Kerns, Esq.
                                                                    Chapter 13 Trustee

Copy of the foregoing was electronically filed with U.S. Bankruptcy Court, mailed to the Debtor, and noticed via ECF Summary to the representing attorney on 07/02/2010:

MARGARET CATHERINE PURCELL                 BRUCE BRIDEGROOM
6231 E 33RD ST                                          BRIDEGROOM & HAYES
TUCSON, AZ  85711                                     1656 N COLUMBUS BLVD
                                                                TUCSON, AZ  85712

Submitted by Nancy Strickler